ANDREW HOLLAND (CA SBN 224737)
MICHAEL HSUEH (CA SBN 286548)
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
Email: aholland@thoits.com
mhsueh@thoits.com

DAVID D. LIN (*pro hac vice* forthcoming)
JUSTIN MERCER (*pro hac vice* forthcoming)
LEWIS & LIN, LLC
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326
Email: david@iLawco.com
Email: justin@iLawco.com

Attorneys for Subpoenaing Parties
DR. MUHAMMAD MIRZA and
ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DR. MUHAMMAD MIRZA and
ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,

    Subpoenaing Parties,

vs.

YELP, INC.,

    Subpoenaed Party.

Case No.: CV 19 80 146 MISC

(Case No. 1:18-cv-06232-LAP Pending in Southern District of New York)

**NOTICE OF MISCELLANEOUS ACTION TO ENFORCE COMPLIANCE WITH THIRD PARTY SUBPOENA**

COMES NOW Plaintiffs and Movants Dr. Muhammad Mirza, MD, and Allied Medical and Diagnostic Services, LLC (the "Subpoenaing Parties") and files this Miscellaneous Action to enforce a subpoena served on non-party Yelp, Inc. on September 14, 2018 and states as follows:

1

NOTICE OF MISCELLANEOUS ACTION TO ENFORCE COMPLIANCE WITH THIRD PARTY SUBPOENA (YELP, INC.)

The Subpoenaing Parties are plaintiffs in an action currently pending in the United States District court for the Southern District of New York, styled *Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC v. Lori Mehrkens, Julie Sperber, and John Does*, Case No. 1:18-CV-06232-LAP, alleging, among other things, defamation per se and trade libel.

Dr. Mirza is a medical doctor domiciled in New Jersey, and Allied Medical and Diagnostic Services, LLC is a New York limited liability company whose sole member is a resident of New Jersey.

Yelp, Inc. is a corporation with its principal place of business in San Francisco, California.

On September 14, 2018, the Subpoenaing Parties served on Yelp, Inc. a subpoena for the production of documents. Yelp, Inc. has provided some, but not all the information and documents required by the subpoena. The Subpoenaing Parties have contemporaneously filed a Motion to Enforce Compliance with Third Party Subpoena and Memorandum in Support.

The Subpoenaing Parties respectfully request that this Court enter an order requiring Yelp, Inc. to complete its production of all responsive documents within fourteen (14) days of the Court's order, and that that the Court award Subpoenaing Parties all other relief to which it is entitled.

Dated: May 30, 2019

THOITS LAW

By: _____
MICHAEL HSUEH

Attorneys for Subpoenaing Parties