WILLIAM J. FRIMEL (Bar No. 160287)
bill@sffwlaw.com
Seubert French Frimel & Warner LLP
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048
Fax: 650.833.2976

Attorneys for Subpoenaed Party
YELP INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DR. MUHAMMAD MIRZA and ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>Subpoenaing Parties,<br><br>v.<br><br>YELP INC.,<br><br>Subpoenaed Party. | Case No. 3:19-mc-80146-SK<br><br>**DECLARATION OF WILLIAM J. FRIMEL**<br><br>Hearing Date: [To be determined]<br>Hearing Time: [To be determined]<br>Courtroom: C<br>Judge: Hon. Sallie Kim |
|---|---|

## DECLARATION OF WILLIAM J. FRIMEL

1. I am lead counsel for Subpoenaed Party Yelp Inc. in the above-referenced action.

2. Attached as Exhibit A is a true and correct copy of the yourdictionary.com definition of "scam artist," located at https://www.yourdictionary.com/scam-artist, as of the date of this declaration.

3. Attached as Exhibit B is a true and correct copy of the macmillandictionary.com definition of "scam artist," located at https://www.macmillandictionary.com/us/dictionary/american/scam-artist, as of the date of this declaration.

4. Attached as Exhibit C is a true and correct copy of the wiktionary.org definition of "scam artist," located at https://en.wiktionary.org/wiki/scam_artist, as of the date of this declaration.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2019

By: _____
WILLIAM J. FRIMEL