# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

_____ )
                              )  Case No: _____
                              )
              Plaintiff(s),   )
                              )  **APPLICATION FOR**
       v.                     )  **ADMISSION OF ATTORNEY**
                              )  **PRO HAC VICE**
                              )  (CIVIL LOCAL RULE 11-3)
                              )
              Defendant(s).   )
_____ )

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____                      _____
                                                              APPLICANT

===

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____                      _____
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Douglas C. Palmer__, Clerk of this Court,

certify that __Justin Ryann Mercer__, Bar # _____,

was duly admitted to practice in this Court on __03/26/2013__, and is in good standing as a member

of the Bar of this Court.

Dated at __Brooklyn__ on __06/25/2019__
              *(Location)*                                                *(Date)*

Douglas C. Palmer
*CLERK OF COURT*

Freddie Valderrama, *DEPUTY CLERK*